UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

____SEC_____
          **Plaintiff**

    V.

____Henderson_____
          **Defendant**

CIVIL ACTION

NO. __11cv12116__ RGS

## ORDER OF ADMINISTRATIVE CLOSING

____STEARNS, . J.__

In accordance with the Court's allowance of the motion to stay proceedings pending criminal sentencing entered on 8/15/12, It is hereby ORDERED that the above-entitled action be and hereby is administratively closed pending outcome of criminal sentencing.

____8/20/12_____
    Date

By the Court,

/s/ Elaine Flaherty
Deputy Clerk